
FILED
CLERK, U.S. DISTRICT COURT
FEB 20 2020
CENTRAL DISTRICT OF CALIFORNIA
AF   DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUVENAL CERVANTE4S-CRUZ,<br>Defendant. | Case No. 20-MJ-793<br>ORDER OF DETENTION |

I.

On February 20, 2020, Defendant made his initial appearance in this district on the Indictment filed in the Northern District of Indiana. Deputy Federal Public Defender, Christy O'Connor, was appointed to represent Defendant. A detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☐ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

While the Court finds that the defendant has rebutted the § 3142(e)(2) presumption by sufficient evidence, namely the availability of a surety willing to secure Defendant's appearance with justification and deeding of property, the government has proffered information regarding Defendant's knowledge of and intent to avoid the Indictment pending in the Northern District of Indiana since June 2019. The Court finds this evidence sufficient to support a finding that no condition or combination of conditions will reasonably assure:

    ☒ the appearance of the defendant as required.
    ☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing, the arguments of counsel, the report and recommendation of the U.S. Pretrial Services Agency, and its revised oral recommendation for release on bond with conditions.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:
- ☒ no legal status in the United States
- ☒ intentional failure to surrender to pending charges in the Northern District of Indiana.

As to danger to the community:
- ☒ Allegations in the indictment
- ☒ alleged willingness to transport narcotics.

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial and be transported to the United States District Court for the Northern District of Indiana for further proceedings.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: February 20, 2020            \_\_\_\_\_/s/_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE